IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 20-CR-30108-SMY |
| vs. ) | |
| ) | Title 18 United States Code, |
| VICTOR L. COOK III, ) | Sections 922(g)(1), 924(a)(2) |
| ) | and Title 28, United States Code, Section |
| ) | 2461(c). |
| Defendant. ) | |

FILED

AUG 04 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT 1
#### FELON IN POSSESSION OF A FIREARM

On or about July 2, 2020, in Clinton County, within the Southern District of Illinois,

VICTOR L. COOK III,

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, Possession of Methamphetamine and Forgery, in Jefferson County Circuit Court in case number 17CF391, did knowingly possess a firearm, that is; a Black and Silver Taurus, PT40 .40 caliber pistol bearing serial number SEW08436, and the firearm was in and affecting commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

#### FIREARMS FORFEITURE ALLEGATION

1. The allegations contained above are hereby realleged and incorporated by

reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense in violation of Title 18, United States Code, Section 922(g)(3), the defendant,

VICTOR L. COOK III,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense, including, but not limited to: a Black and Silver Taurus, PT40 .40 caliber pistol bearing serial number SEW08436 and all ammunition possessed therewith; all pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

Jennifer Hudson
Assistant United States Attorney

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention